1156

No. 94–1211. SKEENS v. MISSOURI. Ct. Sp. App. Md. Certiorari denied.

No. 94–1215. TRUNG VAN TRAN v. OREGON DEPARTMENT OF REVENUE. Sup. Ct. Ore. Certiorari denied.

No. 94–1218. STOMBAUGH v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1224. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1225. FITZGERALD, STATUTORY TRUSTEE LIQUIDATOR OF PHOENIX SYSTEMS INTERNATIONAL, INC. v. BAYHAM ET AL. Ct. App. Ariz. Certiorari denied.

No. 94–1231. CATERINA v. BLAKELY BOROUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1241. EL HANI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–1259. LIEGAKOS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–1260. WEBB v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5455. MADDEN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5880. ALBANESE v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5917. DUHAMEL v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6020. NOBLES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6273. CLARK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.